UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NADIR AL BASHIR,

    Plaintiff,

v.                      Case No. 5:22-cv-142-TKW/MJF

REBEKAH MEHERG, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for maliciousness and abuse of the judicial process under 28 U.S.C. §1915A(b)(1) based on Plaintiff's failure to fully disclose his litigation history.

The Court did not overlook Plaintiff's argument that he does not have access to PACER to research his prior cases and, as a result, he had to rely on his memory to recall his litigation history. Even if that is true, it does not excuse Plaintiff's untruthful answers to the litigation history questions on the civil rights complaint form because, like every other inmate, Plaintiff "has an obligation to maintain

information (or at least a list of case numbers) for all of his prior cases, and if he does not have that information, he can (and should) request it from the appropriate clerks' offices before filing a new case." *Torres v. Geo Grp. Inc.*, 2021 WL 75764, at *1 (N.D. Fla. Jan. 8, 2021). Moreover, the circumstances described by Plaintiff in his objection are not unique to him and it would make a mockery of the litigation history questions and the duty of candor owed to the Court if an inmate could simply blame his failure to truthfully answer those questions on his failing memory and the lack of resources provided by the jail or prison.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1) for maliciousness and abuse of the judicial process.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 26th day of September, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**